IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD KYLE REEVES, #255472, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-181-WHA |
| | ) |
| SGT. GASTON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge entered on January 31, 2017 (Doc. #13). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. This case is DISMISSED without prejudice for the plaintiff's failure to comply with an order of this court.

2. No costs are taxed.

3. Final Judgment will be entered in accordance with this order.

DONE this 21st day of February, 2017.

                              /s/  W. Harold Albritton
                          SENIOR UNITED STATES DISTRICT JUDGE